**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | : |
| | : |
| PSGI AIRPORT, INC. | : **Chapter 11** |
| | : |
| Debtor. | : **Case No. 13-11223 JKF** |
| | : |

**LIST OF EQUITY SECURITY HOLDERS**

In accordance with Rules 1007(a)(1), 1007(a)(3) and 7007.1 of the Federal Rules of

Bankruptcy Procedure, the Debtor submits the following list of equity security holders:

| Name | Percentage of Ownership |
|---|---|
| Andrew Cosenza, Jr. | 100% |

**DECLARATION REGARDING LIST OF EQUITY SECURITY HOLDERS**

I, Andrew Cosenza, Jr., am President of PSGI AIRPORT, INC., the debtor in the above-captioned chapter 11case (the "Debtor"), and in such capacity am familiar with the financial affairs of the Debtor. I declare under penalty of perjury that the foregoing List of Equity Security Holders of the Debtor is true and correct to the best of my knowledge, information, and belief.

Dated: February 26, 2013

*Andrew Cosenza*
Andrew Cosenza, Jr
President