# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

PS&G BC CONNECTOR

Debtor.

Chapter 11

Case No. 13-11222 JKF

## LIST OF EQUITY SECURITY HOLDERS

In accordance with Rules 1007(a)(1), 1007(a)(3) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the Debtor submits the following list of equity security holders:

| Name | Percentage of Ownership |
| --- | --- |
| Andrew Cosenza, Jr. | 70% |
| Vincent E. Fumo, Jr. | 30% |

## DECLARATION REGARDING LIST OF EQUITY SECURITY HOLDERS

I, Andrew Cosenza, Jr., am President of PS&G BC CONNECTOR, the debtor in the above-captioned chapter 11case (the "Debtor"), and in such capacity am familiar with the financial affairs of the Debtor.  I declare under penalty of perjury that the foregoing List of Equity Security Holders of the Debtor is true and correct to the best of my knowledge, information, and belief.

Dated:  February 26, 2013

*Andrew Cosenza*

Andrew Cosenza, Jr
President